**Order entered September 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01252-CV

**NATHAN WEILBACHER, Appellant**

**V.**

**MELODIE CRAFT, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 13-06130-J**

## ORDER

We **GRANT** appellant's September 9, 2013 motion for an extension of time to file his notice of appeal. The notice of appeal filed in the trial court on August 19, 2013 is deemed timely for jurisdictional purposes.

/s/  DAVID LEWIS
    JUSTICE